# Exhibit C

**Case 2:24-cv-00045-JRG   Document 1-3   Filed 01/25/24   Page 2 of 3 PageID #:  12**

# Case Information

## Birdies in the Pines, LLC vs Northfield Insurance Company
23-1287

File Into

**Location**
Harrison County - 71st District Court

**Case Category**
Civil - Contract

**Case Type**
Debt/Contract - Consumer/DTPA

**Case Filed Date**
12/15/2023

**Judge**
Morin, Brad

## Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Birdies In The Pines, LLC | | David C. Carlile |
| Defendant | Northfield Insurance Company | | |

## Events 2

**Sort**
Oldest

Search Events

**Event Type**
All

+ All    − All

## Petition
Plaintiff's Original Petition & Jury Demand

**File Date**
12/15/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| 2023.12.15 - Original Petition.pdf | 2023.12.15 - Original Petition.pdf | Does Not Contain Sensitive Data | 8 | $1.00 | Add |

## Answer/Response
Answer/Response

**File Date**
1/22/2024

## Birdies in the Pines, LLC vs Northfield Insurance Company 23-1287

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Northfield's Answer to Original Petition.pdf | Birdies in the Pines - Northfield's Answer to Plaintiff's Original Petition (General Denial).pdf | Does Not Contain Sensitive Data | 3 | $1.00 | Available until 2/23/24 |





© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.11.1.93